**George Rahsaan BROOKS–BEY, Appellant**

v.

**Dorina VARNER, Chief Grievance Examiner, Appellee.**

Supreme Court of Pennsylvania.

July 17, 2012.

## ORDER

PER CURIAM.

**AND NOW**, this 17th day of July, 2012, the Order of the Commonwealth Court is **AFFIRMED**.